UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


UNITED STATES OF AMERICA

v.                          CRIMINAL ACTION NO. 2:04-00235

ANGELA ROOP


SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
MEMORANDUM OPINION AND ORDER


On August 17, 2011, the United States of America appeared by Blaire L. Malkin, Assistant United States Attorney, and the defendant, Angela Roop, appeared in person and by her counsel, Lex A. Coleman, Assistant Federal Public Defender, for a hearing on the petition on supervised release submitted by United States Probation Officer Patrick M. Fidler, the defendant having commenced a three-year term of supervised release in this action on October 3, 2008, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on June 6, 2005.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects:  (1) that the defendant committed the state crime of conspiracy with regard to two counts of grand larceny which occurred on April 20 and May 4, 2010, in Granville, West Virginia, as evidenced by the defendant's guilty plea entered on October 21, 2010, in the Circuit Court of Monongalia County for which she was sentenced on December 12, 2010, to a term of one to five years imprisonment and $2,138.43 in restitution; and (2) that the defendant left the Southern District of West Virginia without permission of the court or the probation officer inasmuch as on April 20 and May 4, 2010, the defendant committed the above-referenced crime to which she pled guilty in Granville, West Virginia, located in the Northern District of West Virginia; all as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate

2

the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, on the basis of the original offense, the intervening conduct of the defendant and after considering the factors set forth in 18 U.S.C. § 3553(a), that the defendant is in need of correctional treatment which can most effectively be provided if he is confined, it is accordingly ORDERED that the defendant be, and she hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of FOUR (4) MONTHS, to be followed by a term of thirty-two months of supervised release upon the standard conditions of supervised release now in effect in this district by order entered June 22, 2007, including monthly restitution payments at the rate of $100 per month, and the further condition that the defendant not commit another federal, state or local crime.

The defendant was remanded to the custody of the United States Marshal.

3

        The Clerk is directed to forward copies of this written
opinion and order to the defendant, all counsel of record, the
United States Probation Department, and the United States
Marshal.

                          DATED:   September 8, 2011


                          _____
                          John T. Copenhaver, Jr.
                          United States District Judge